UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

DAVE BROWN,

    Petitioner,

v.                                                               Case No. 6:09-cv-785-Orl-28KRS

SECRETARY, DEPARTMENT OF
CORRECTIONS, FLORIDA ATTORNEY
GENERAL,

    Respondents.
_____

## ORDER

This case is before the Court on the following motion:

| | |
|---|---|
| **MOTION:** | **PETITIONER'S EXPRESS REQUEST FOR ISSUANCE OF CERTIFICATE OF APPEALABILITY (Doc. No. 23)** |
| **FILED:** | February 28, 2011 |
| **THEREON** it is **ORDERED** that the motion is **DENIED**. | |

This Court should grant an application for certificate of appealability only if Petitioner makes "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). Petitioner has failed to make a substantial showing of the denial of a

constitutional right.

DONE AND ORDERED in Chambers in Orlando, Florida, this \_\_\_8th\_\_\_ day of March, 2011.

JOHN ANTOON II
UNITED STATES DISTRICT JUDGE

Copies to:
OrlP-2 3/7
Counsel of Record
Dave F. Brown